IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  07-cv-01687-ZLW-MEH

MARK BARTOLO,

      Plaintiff,

v.

INTEGRITY MOTORS, INC. d/b/a MCDONALD AUTO GROUP HYUNDAI,

      Defendant.

---

## ORDER DISMISSING CASE WITH PREJUDICE

---

      Pursuant to and in accordance with the parties' Stipulation For Dismissal With Prejudice (Doc. # 17) and pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, it is

      ORDERED that this case is DISMISSED WITH PREJUDICE, with each party to pay his or its own costs, fees and expenses.

      DATED at Denver, Colorado, this  6th  day of March, 2008.

                      BY THE COURT:

                      *s/ Zita L. Weinshienk*

                      _____
                      ZITA L. WEINSHIENK, Senior Judge
                      United States District Court